# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Topside, Inc a Minnesota Corporation

Case No. Civil 01-38 ADM/AJB

v.

**JUDGMENT IN A CIVIL CASE**

Topside Roofing and Siding Construction, Inc et al.,

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the motions to remand are GRANTED. The litigation is remanded to state court.

DATE: April 23, 2001

FRANCIS E. DOSAL, CLERK

Mary Kaye Conery

Mary Kaye Conery, Deputy Clerk